UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MISSOURI

In:
Mary Lynn Jones )
   Debtor(s) ) Case No.: 15-49507-399
)    Chapter 13
)
)

## DEBTOR'S MOTION TO INCREASE PLAN BASE

Comes Now Debtors by and through counsel, and moves this Court for its Order permitting Debtors to increase their plan base to $24,274.50.

*/s/Ross Briggs #2709 #31633*
Ross Briggs
Attorney at Law
4144 Lindell Ste 202
St Louis MO 63108
314-852-8293 Fax: 314-652-8202
r-briggs@sbcglobal.net

## CERTIFICATE OF SERVICE:

I certify that a true and correct copy of the foregoing document was filed electronically on this 27th day of March, 2020 with the United States Bankruptcy Court, and has been served on the following parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List: the Chapter 13 Trustee.

/s/ Ross H. Briggs